IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GRIJALVA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL R. ARREDONDO, et al.,<br><br>    Defendants. | Case No. 19-cv-01701-MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING CASE TO STATE COURT** |

Before the Court is Magistrate Judge Sallie Kim's Report and Recommendation, filed May 2, 2019, by which said Magistrate Judge recommends the Court remand the above-titled action for lack of subject matter jurisdiction. No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of Contra Costa.

**IT IS SO ORDERED.**

Dated: May 22, 2019

MAXINE M. CHESNEY
United States District Judge